ART TEX ADHESIVE PRODUCTS, INC., Appellant, v. MANHATTAN LIFE INSURANCE COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ. [See post, p. 846.]

ESSKAP HOLDING CORPORATION, Appellant, v. SEAMEN'S BANK FOR SAVINGS, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ.

JULIUS L. NEIDLE, as Remaining Executor of HENRY S. ROSENWALD, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ. [See post, p. 846.]

ANGALO PAPPASTATHIS, Respondent, v. CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ.

CORNELIUS A. SMITH, Appellant-Respondent, v. HARRY SUKENICK et al., Copartners Doing Business under the Name of HARJAY CAB CO., et al., Respondents-Appellants.— Order unanimously affirmed, without costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ.

FRANCES G. AMELLA et al., Individually and as Stockholders of Brooklyn Edison Company, Inc., Appellants, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent. JEROME TANENBAUM, Individually and as Sole Surviving Trustee of the Estate of JOHANNA TANENBAUM, Deceased, et al., Individually and as Stockholders in Those Capacities of BROOKLYN EDISON COMPANY, INC., Appellants, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent.— Plaintiffs are not in position to question the fairness of the merger plan, either as allegedly depriving them of elements of value pertaining to their shares of stock by reason of the matters alleged in the complaints, or otherwise, after having accepted payment for their shares at the $135 provided by the plan, or in the amount arrived at by the appraisers. They could not accept the benefit of the merger plan and, at the same time, attack its validity, regardless of whether the appraisers had jurisdiction to take into account the matters alleged in the complaints in evaluating such shares. The orders dismissing the complaints and the judgments entered thereon are unanimously affirmed, with costs, without passing upon the other questions involved. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

SAMUEL FRIEDMAN, Appellant, v. ODORA COMPANY, INC., et al., Respondents.— We find that the three defenses attacked are insufficient in law. (See Pollitz v. Wabash Railroad Co., No. 1, 150 App. Div. 709; Pollitz v. Wabash Railroad Co., No. 2, 150 App. Div. 715.) Order, so far as appealed from, unanimously modified by granting plaintiff's cross motion to dismiss said defenses and by denying examination of plaintiff before trial on item 8 in said order and as so modified affirmed, with $20 costs and disbursements to the appellant. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.